IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JESSIE B. KENNEDY, | ) | |
| | ) | Civil Action No. 05-1792 |
| Plaintiff, | ) | |
| | ) | Judge Ambrose |
| v. | ) | |
| | ) | Electronically Filed |
| MICHAEL CHERTOFF, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

AND NOW, this 16th day of Nov, 2006, it is hereby **ORDERED** that the above-captioned case is dismissed with prejudice. This case is now **CLOSED**.

BY THE COURT:

*Donetta W. Ambrose*
UNITED STATES DISTRICT JUDGE